# Exhibit 2

```
  CIRCUIT COURT OF THE STATE OF MARYLAND
           COUNTY OF BALTIMORE

JEFF ALBAN, et al.,     )
                        )
         Plaintiffs,    )
                        )County Case No.
    vs.                 )03-C-06-010932
                        )OT
EXXONMOBIL CORPORATION, )
et al.,                 )
                        )
         Defendants.    )

                   ------

              January 31, 2008

                   ------

            CONFIDENTIAL Videotaped
Deposition of KENNETH RUDO, Ph.D., held
in the law offices of Venable, LLP, 210
Allegheny Avenue, Towson, Maryland
21285-517, beginning at approximately
9:47 a.m., before Ann V. Kaufmann, a
Registered Professional Reporter,
Certified Realtime Reporter, Approved
Reporter of the U.S. District Court, and
a Notary Public.

                   ------



       GOLKOW TECHNOLOGIES, INC.
     One Liberty Place, 51st FLoor
     Philadelphia, Pennsylvania 19103
             877.370.3377
```

Confidential - Kenneth Rudo, Ph.D.

Page 2

```
 1   APPEARANCES:
 2      SNYDER, WELTCHEK & SNYDER
        ROBERT J. WELTCHEK, ESQUIRE
 3      rweltchek@litigationteam.com
        1829 Reisterstown Road, Suite 100
 4      Baltimore, MD  21208
        (410) 653-3700
 5      Counsel for Plaintiffs
 6      EXXON MOBIL CORPORATION
        WILLIAM J. STACK, ESQUIRE
 7      william.j.stack@verizon.net
        P.O. Box 2180
 8      Houston, TX  77252
        (713) 656-2583
 9      Counsel for Exxon Mobil Corporation
10   PRESENT:
11      SCOTT PICKERING, Videographer
        Golkow Technologies, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Confidential - Kenneth Rudo, Ph.D.

Page 3

1                  EXAMINATION INDEX
2
    KENNETH RUDO, Ph.D.
3
        BY MR. STACK . . . . . . . . . . . .10
4
5                   EXHIBIT INDEX
6                                               MARKED
    Rudo
7
    1     Three-page invoice of              45
8         Kenneth Rudo
9   2     Preliminary Expert Report          55
          and CV of Kenneth M. Rudo
10        Ph.D., with attachments
11  3     Expert report                     150
          of Ira L. Whitman, Ph.D.
12        June 2007
13  4     Chart                             175
14  5     Article entitled "The Risk        207
          of MTBE Relative to Other
15        VOCs in Public Drinking
          Water in California," 2004
16
    6     Document entitled "A              219
17        Probabilistic Assessment of
          Household Exposures to MTBE
18        from Drinking Water," 2000
19  7     Article entitled "Overview        220
          of MTBE and TBA Exposures
20        and Human Health Risk in
          the U.S.," 2002
21
    8     Article entitled "Dermal,         242
22        Oral, and Inhalation
          Pharmacokinetics of Methyl
23        Tertiary Butyl Ether (MTBE)
          in Human Volunteers," 2003
24

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Kenneth Rudo, Ph.D.

Page 9

1            THE VIDEOGRAPHER:  We're now
2   on the record.  My name is Scott
3   Pickering.  I'm a videographer from
4   Golkow Technologies, Inc., One Liberty
5   Place, 1650 Market Street, 51st floor,
6   Philadelphia, Pennsylvania.  Today's
7   date, January 31, the year 2008, and the
8   time is now 9:47 a.m.
9            This video deposition is
10  being held at Venable, LLP, at 210
11  Allegheny Avenue, Towson, Maryland, in
12  the matter of Jeff Alban, et al., versus
13  Exxon Mobil Corporation, et al., for the
14  Circuit Court of the state of Maryland,
15  County of Baltimore.  The deponent is
16  Kenneth Rudo.
17            Will counsel please identify
18  themselves for the record.
19            MR. WELTCHEK:  Bob Weltchek
20  here on behalf of the plaintiffs and on
21  behalf of Dr. Rudo.
22            MR. STACK:  Bill Stack on
23  behalf of Exxon Mobil.
24            THE VIDEOGRAPHER:  The court

Confidential - Kenneth Rudo, Ph.D.

Page 10

1  reporter today is Ann Kaufmann, and she
2  will now swear in the witness.
3           ------
4            ...KENNETH RUDO, Ph.D., 5505
5  Six Forks Road, Raleigh, NC 27609,
6  having been duly sworn, was examined and
7  testified as follows:
8                EXAMINATION
9  BY MR. STACK:
10       Q.    Please state your full name
11  for the record.
12       A.    Kenneth Mark Rudo.
13       Q.    And what is your current
14  business address?
15       A.    Oh, I have a lot of trouble
16  memorizing the Zip code, so if you'll
17  forgive the Zip part of it.  But it's --
18  I believe it's 5505 Six Forks Road,
19  Raleigh, North Carolina, and it would be
20  the North Carolina Division of Public
21  Health.
22       Q.    And your employer is the
23  State of North Carolina?
24       A.    Yes, sir.

Confidential - Kenneth Rudo, Ph.D.

Page 159

```
 1        A.    Correct.
 2        Q.    And did you ever attempt to
 3   quantify that risk?
 4        A.    Once again, I haven't been
 5   tasked to do it.  That would be up to
 6   the law firm.
 7        Q.    And with respect to
 8   exposure to MTBE, do you know if any of
 9   the plaintiffs have a statistically
10   significant increase in their likelihood
11   of contracting cancer as a result of
12   exposure to MTBE in this case?
13        A.    Yes.
14        Q.    And what is your opinion?
15        A.    Well, it's essentially what
16   I say in here.  I mean qualitatively, to
17   begin with, you know, as a toxicologist
18   working with a mutagenic carcinogen, you
19   know, at any level, there is no
20   threshold for safety for a mutagenic
21   carcinogen, so any level poses an
22   increased risk.  So anybody that has
23   it in their -- has MTBE is at an
24   increased risk.  And that's pretty much,
```

1  you know, as far as -- you know, that's
2  basically what I'm stating here.
3       Q.    And in the course of
4  developing that qualitative opinion, you
5  base that on the fact that the exposure
6  to MTBE, in your opinion, that's
7  appropriate is zero; am I correct?
8       A.    Yes.  Well, for -- in terms
9  of saying what is a safe level, zero
10 would be it.
11            And you would find, I think,
12 also when EPA sets their maximum
13 contaminant levels for public water
14 systems, they have what's called a
15 maximum contaminant level goal, MCLG,
16 and they set that as zero for
17 carcinogens because that's the -- we're
18 basically working off the same piece of
19 paper here in that a mutagenic
20 carcinogen, in theory, has no safe
21 level.
22      Q.    Now, with regard to
23 MCLGs -- and you anticipated my next
24 question -- does the EPA designate MTBE